UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TARANTA GATSON-WHITE, ET.AL.,  No. 07-10053

    Plaintiffs,  District Judge Julian Abele Cook

v.  Magistrate Judge R. Steven Whalen

SEARS ROEBUCK & COMPANY,

    Defendant.
_____/

**ORDER GRANTING IN PART AND DENYING IN PART
MOTION TO COMPEL DISCOVERY**

For the reasons and under the terms stated on the record on January 24, 2008, Plaintiff's Motion to Compel Discovery [Docket #16] is GRANTED IN PART AND DENIED IN PART, as follows:

As to Plaintiff's First Set of Interrogatories and Request to Produce, Request #'s 6 and 7, the motion to compel is GRANTED. Defendant will produce the requested information regarding complaints and lawsuits alleging gender or racial discrimination, limited to the district where the Plaintiffs were employed, and limited to the years 2004 to 2007.

As to Request #10 (punch correction forms, etc.), the motion to compel is DENIED.

As to Plaintiff's Second Set of Interrogatories and Request to Produce, Request #1,

Defendant states that it has produced the entire personnel file of Tim Walker, and that the file does not contain any information regarding an allegation that he improperly sold merchandise at a reduced price. Construing the request broadly, however, the motion to compel is GRANTED, and Defendant shall produce any memorandum, notes of investigation or resolution, or any other writing or electronic communication concerning the allegations against Mr. Walker, if such material exists and is in the Defendant's possession or control.

As to Request #s 6, 9 and 10 (price change notifications, price correction policies, and mark-downs), the motion to compel is DENIED.

As to the personnel file of Alice Lauer, the motion to compel is DENIED.

All discovery ordered herein to be produced shall be produced within 14 days of the date of this Order.

SO ORDERED.

S/R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated: January 24, 2008

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on January 24, 2008.

S/G. Wilson
Judicial Assistant